UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TINH HUY NGUYEN,<br><br>    Defendant. | Case No. 16-CV-03543-LHK<br><br>**ORDER TO SHOW CAUSE RE:** ***JOHNSON*** **CLAIM RAISED IN SECTION 2255 MOTION**<br><br>Re: Dkt. No. 1 |

Before the court is the motion of Defendant Tinh Huy Nguyen ("movant") for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015). This *Johnson* claim appears colorable under 28 U.S.C. § 2255 and merits an answer from the government.

The following deadlines will apply, unless the parties submit a stipulation and order for a shorter briefing schedule: (1) within 75 days after the § 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by movant; (2) movant shall file a reply brief 45 days after the opposition is filed.

Thereafter, the matter will be deemed submitted on the papers, unless the court orders otherwise.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
LUCY H. KOH
United States District Judge